570 A.2d 863

**Joseph F. MONA et al.**

v.

**Sheldon L. CONTRACT et al.**

**No. 128, Sept. Term, 1989.**

Court of Appeals of Maryland.

March 9, 1990.

Charles C. Bowie (Ronald J. Travers, Charles C. Bowie, P.A., all on brief), Annapolis, for petitioners.

Bruce L. Marcus, Greenbelt, for respondents.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and CHASANOW, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 9th day of March, 1990

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed, the petition having been improvidently granted. Costs to be equally divided among the parties.